TAYNISHA BAEZ, Appellant, v IMAMALLY RAHAMATALI et al., Respondents.

Submitted April 17, 2006; decided May 4, 2006

Motion to enlarge the record on appeal denied.